1 | ANN M. ASIANO, ESQ. (SBN 094891)
   | ROBERT W. MARCHI, ESQ. (SBN 130353)
2 | BRADLEY, CURLEY, ASIANO, BARRABEE & CRAWFORD, P.C.
   | 1100 Larkspur Landing Circle, Suite 200
3 | Larkspur, CA 94939
   | Telephone: (415) 464-8888
4 | Facsimile: (415) 464-8887
   | E-mail:   rmarchi@professionals-law.com
5 |
6 | Attorneys for Defendant
   | JIM WEBBER & ASSOCIATES, INC.
7 |

FILED
AUG 10 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERINI BUILDING COMPANY, an Arizona corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>JIM WEBBER & ASSOCIATES, INC., a New York corporation, and GULF INSURANCE COMPANY, a Connecticut corporation, et al.<br><br>    Defendants. | No. C04 4179 MHP<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant JIM WEBBER & ASSOCIATES, INC. hereby substitutes the offices of Bradley, Curley, Asiano, Barrabee & Crawford in place of the law firm of Musacchio & Montanari as attorneys of record for Defendant JIM WEBBER & ASSOCIATES, INC. in the above-referenced matter.

I consent to this substitution.

JIM WEBBER & ASSOCIATES

Dated: 7/21/05                              _____
                                             JIM WEBBER

- 1 -

SUBSTITUTION OF ATTORNEY
United States District Court No. C04 4179

1  I consent to this substitution.

                                                         MUSACCHIO & MONTANARI

2

3  Dated: 7/31/05

                                                         By: _____
4                                                                R. ERNEST MONTANARI

5

6  I accept this substitution

7                                                           BRADLEY, CURLEY, ASIANO,
                                                         BARRABEE & CRAWFORD, P.C.

8

9  Dated: August 4, 2005

                                                         By: _____
10                                                                ROBERT W. MARCHI

11  F:\DOCS\ADMI\6633\P\Substitution of Attorney.wpd

*[Handwritten order:]* This substitution is approved subject new counsel complying with all dates and orders heretofore set or entered.

8/9/05

IT IS SO ORDERED

U.S. DISTRICT JUDGE

- 2 -

SUBSTITUTION OF ATTORNEY
United States District Court No. C04 4179

BRADLEY, CURLEY,
ASIANO, BARRABEE
& CRAWFORD, P.C.
1100 Larkspur Landing
Circle, Suite 200
Larkspur, CA 94939
Tel: (415) 464-8888
Fax: (415) 464-8887