1  Jesse Mahmoud Sbaih, Cal. State Bar # 219372
   McCREA MARTIN ALLISON, LTD.
2  3191 East Warm Springs Road
   Longford East, Building 13
3  Las Vegas, Nevada 89120-3147
4  Telephone:   (702) 933-4444
   Facsimile:   (702) 933-4445
5  E-Mail:      jsbaih@battlebornlaw.com

6
   Attorney for Plaintiff Perini Building Company
7

FILED
SEP 2 8 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERINI BUILDING COMPANY, an Arizona corporation,<br><br>Plaintiff,<br>v.<br><br>JIM WEBBER & ASSOCIATES, INC., et al.<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS. | Case No. C04-4179 MHP<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE SUMMARY JUDGMENT MOTIONS |

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the discovery plan and briefing schedule deadlines as set forth in the Court's May 26, 2005 Minute Order, be extended by ninety (90) days. The parties submit this stipulation to extend the discovery and briefing schedule deadlines for good cause and not for purposes of delay.

This case is between multiple parties and involves witnesses spread out all over the country. In order to minimize time and costs, the parties have agreed to set depositions of witnesses whose testimony is necessary for the determination of summary judgment in this matter together in one location over a course of a few days.

On August 4, 2005, the offices of Bradley Curley, Asiano, Barrabee & Crawford ("Bradley Curley") substituted in as the attorneys of record for Defendant JIM WEBBER & ASSOCIATES,

Page 1 of 3

INC. Prior to that time and following the substitution of Bradley Curley, the parties have been working on coordinating the above-mentioned depositions. The parties have agreed to take the depositions after the current deadline for the filing of Cross-Summary Judgment Motions. The parties have further agreed that there will be another opportunity following the depositions to resolve settlement discussions.

One previous time modification in this case exists; a continuance by stipulation of the Case Management Conference from April 27, 2005 to May 24, 2005.

The effect of the requested time modification would be to shift the briefing and hearing schedule out ninety (90) days. However, the parties are optimistic that following the depositions the parties can again discuss settlement. In the event the parties are able to settle this matter, it would be unnecessary for the parties to go forward with briefing and the hearing.

The parties, therefore, seek an extension of the following deadlines:

IT IS HEREBY STIPULATED AND AGREED that the discovery and briefing schedule deadlines shall be as the follows:

1. Cross-Motions for Summary Judgment to be filed by December 27, 2005;
2. Responses to Motions for Summary Judgment to be filed by January 17, 2006; and
3. All Motions to be heard on January 30, 2006.

///
///
///
///
///
///
///
///

Page 2 of 3
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE SUMMARY JUDGMENT MOTIONS
United States District Court No. C04-4179 MHP

The parties, therefore, seek an extension of the deadlines, as indicated above, for the reasons set forth herein in order to preserve litigation costs and to maintain orderly procession of this case.

DATED this 2?/?. day of September, 2005.

McCREA MARTIN ALLISON, LTD.

*[signature]*

Jesse Mahmoud Sbaih
3191 East Warm Springs Road
Longford Plaza East, Building 13
Las Vegas, Nevada 89120-3147

*Attorneys for Perini Building Company*

DATED this ___ day of September, 2005.

WILLIAMS, PINELLI & CULLEN, LLP

Aana L. Pregliasco
110 North Third Street
San Jose, CA 95112

*Attorneys for Cross-Defendant Valley Waterproofing, Inc.*

DATED this ___ day of September, 2005.

BRADLEY, CURLEY, ASIANO,
 BARRABEE & CRAWFORD, P.C.

Robert W. Marchi
1100 Larkspur Landing Circle, Ste. 200
Larkspur, California 94939

*Attorneys for Jim Webber & Associates, Inc.*

DATED this ___ day of September, 2005.

McCARTHY & McCARTHY, LLP

Michael Scott Ellis
1999 Harrison Street, Suite 2160
Oakland, California 94612

*Attorneys for Graham Architectural Products Corp.*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 9/26/05

*[signature]*

U.S. DISTRICT COURT JUDGE

Page 3 of 3

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE SUMMARY JUDGMENT MOTIONS
United States District Court No. C04-4179 MHP

The parties, therefore, seek an extension of the deadlines, as indicated above, for the reasons set forth herein in order to preserve litigation costs and to maintain orderly procession of this case.

DATED this 2/6 day of September, 2005.                    DATED this 22 day of September, 2005.

McCREA MARTIN ALLISON, LTD.                               WILLIAMS, PINELLI & CULLEN, LLP

*[signature]*                                             *[signature]*

Jesse Mahmoud Sbaih                                       Aana L. Pregliasco
3191 East Warm Springs Road                               110 North Third Street
Longford Plaza East, Building 13                          San Jose, CA 95112
Las Vegas, Nevada 89120-3147
                                                          *Attorneys for Cross-Defendant Valley*
*Attorneys for Perini Building Company*                   *Waterproofing, Inc.*


DATED this _____ day of September, 2005.                  DATED this _____ day of September, 2005.

BRADLEY, CURLEY, ASIANO,
 BARRABEE & CRAWFORD, P.C.                                McCARTHY & McCARTHY, LLP


_____                         _____
Robert W. Marchi                                          Michael Scott Ellis
1100 Larkspur Landing Circle, Ste. 200                    1999 Harrison Street, Suite 2160
Larkspur, California 94939                                Oakland, California 94612
                                                          *Attorneys for Graham Architectural Products*
*Attorneys for Jim Webber & Associates, Inc.*             *Corp.*


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____


                                                          _____
                                                          U.S. DISTRICT COURT JUDGE


Page 3 of 3

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE SUMMARY JUDGMENT MOTIONS
United States District Court No. C04-4179 MHP

1   The parties, therefore, seek an extension of the deadlines, as indicated above, for the reasons
2   set forth herein in order to preserve litigation costs and to maintain orderly procession of this case.

3   DATED this 21st day of September, 2005.        DATED this _____ day of September, 2005.

4   McCREA MARTIN ALLISON, LTD.                    WILLIAMS, PINELLI & CULLEN, LLP

5
6   _____               _____
7   Jesse Mahmoud Sbaih                            Asma L. Pregliasco
    3101 East Warm Springs Road                    110 North Third Street
8   Longford Plaza East, Building 13               San Jose, CA 95112
    Las Vegas, Nevada 89120-3147
9                                                  *Attorneys for Cross-Defendant Valley
    *Attorneys for Perini Building Company*         Waterproofing, Inc.*
10

11  DATED this _____ day of September, 2005.       DATED this 22nd day of September, 2005.

12  BRADLEY, CURLEY, ASIANO,
13   BARRABEE & CRAWFORD, P.C.                     McCARTHY & McCARTHY, LLP

14
15  _____               _____
    Robert W. Marohl                               Michael Scott Bills
16  1100 Larkspur Landing Circle, Ste. 200         1999 Harrison Street, Suite 2160
    Larkspur, California 94939                     Oakland, California 94612
17                                                 *Attorneys for Graham Architectural Products
    *Attorneys for Jim Webber & Associates, Inc.*   Corp.*
18

19
20                                      **ORDER**

21  PURSUANT TO STIPULATION, IT IS SO ORDERED.

22  DATED: _____

23
24
25                                                 _____
26                                                 U.S. DISTRICT COURT JUDGE

27
28                                         Page 3 of 3

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE SUMMARY JUDGMENT MOTIONS
United States District Court No. C04-4179 MHP

1  The parties, therefore, seek an extension of the deadlines, as indicated above, for the reasons
2  set forth herein in order to preserve litigation costs and to maintain orderly procession of this case.

3  DATED this 21/4 day of September, 2005.         DATED this _____ day of September, 2005.

4  McCREA MARTIN ALLISON, LTD.                    WILLIAMS, PINELLI & CULLEN, LLP

5

6  _____                _____
   Jesse Mahmoud Sbaih                            Aana L. Pregliasco
7  3191 East Warm Springs Road                    110 North Third Street
   Longford Plaza East, Building 13               San Jose, CA 95112
8  Las Vegas, Nevada 89120-3147
                                                  Attorneys for Cross-Defendant Valley
9  Attorneys for Perini Building Company          Waterproofing, Inc.

10

11 DATED this 22 day of September, 2005.          DATED this _____ day of September, 2005.

12 BRADLEY, CURLEY, ASIANO,
    BARRABEE & CRAWFORD, P.C.                     McCARTHY & McCARTHY, LLP
13

14

15 _____                _____
   Robert W. Marchi                               Michael Scott Ellis
16 1100 Larkspur Landing Circle, Ste. 200         1999 Harrison Street, Suite 2160
   Larkspur, California 94939                     Oakland, California 94612
17                                                Attorneys for Graham Architectural Products
   Attorneys for Jim Webber & Associates, Inc.    Corp.
18

19

20                                    **ORDER**

21      PURSUANT TO STIPULATION, IT IS SO ORDERED.

22      DATED: _____

23

24

25                                                _____
                                                  U.S. DISTRICT COURT JUDGE
26

27

28                                    Page 3 of 3

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE SUMMARY JUDGMENT MOTIONS
United States District Court No. C04-4179 MHP